UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| B.R., (d.o.b. April 2002) by and through her father and next friend, MICHAEL RUBESICH, et al., | ) ) ) ) ) ) ) ) ) ) ) ) | CASE NO.: 4:13-CV-00907 <br><br> JUDGE JOHN R. ADAMS <br><br> **CANFIELD DEFENDANTS'** <br> **PRELIMINARY WITNESS LIST** |
| Plaintiffs, | | |
| vs. | | |
| BRIAN McGIVERN, et al., | | |
| Defendants. | | |

Now come Defendants, Brian McGivern, Chief Chuck Colucci, Officer Timothy Lamping, Sergeant Scott Weamer and City of Canfield, by and through counsel, Mazanec, Raskin & Ryder Co., L.P.A., and in accordance with the Court's Case Management Order, hereby submit the following preliminary list of anticipated witnesses for a trial of this matter. The witnesses are not necessarily listed in the order in which they would be called to testify at trial. In accordance with the Court's Order, the Canfield Defendants reserve the right to supplement this list as additional witnesses become known.

1. Detective Brian McGivern

2. Officer Timothy Lamping

3. Assistant Chief Scott Weamer

4. Chief Charles Colucci

5. Major Jeffrey Allen

6. Anissa Modarelli

7. Officer Steven Kolenich

8. Office Steven Garstka
9. Officer Paul Lasky
10. Officer Mark Meshula
11. Ret. Chief David Blystone
12. Donald Slater
13. Joann Slater
14. Jade Mersing
15. Pete Mersing
16. Jennifer Young
17. David Young
18. Kim Woods (n.k.a. Bernier)
19. Philip Murphy
20. Julie Rudolph
21. Donald Dailey
22. Dante Zambrini
23. Rich Archer
24. Minor F.S.
25. Minor C.M.
26. Minor R.B.
27. Minor E.R.
28. Plaintiff Minor B.R.
29. Plaintiff Michael Rubesich
30. Plaintiff Renee Rubesich

31. Michael Rubesich, Jr.

32. Robert Rohrbaugh, Esq.

33. JoAnn Gibb – Ohio Bureau of Criminal Identification & Investigation

34. Representative from Apple, Inc.

35. Nick Ventura, Vestige Digital Investigations

36. Joseph Ambrose, D.O.

37. Kim Beck, Ph.d.

38. James D'Apolito, M.D.

39. Joseph Marzano, Ph.d.

40. Susan Burnett, L.S.W.

41. Plaintiffs' treating physicians and mental health care providers

The Canfield Defendants reserve the right to call as a witness any individual identified by Plaintiffs or co-Defendant Jeff Allen in their witness list, and to cross-examine any and all witnesses called by Plaintiffs and/or co-Defendant Jeff Allen.

    Respectfully submitted,

    MAZANEC, RASKIN & RYDER CO., L.P.A.

    *s/Tami Z. Hannon*
    JOHN T. MCLANDRICH  (0021494)
    TAMI Z. HANNON  (0079812)
    100 Franklin's Row
    34305 Solon Road
    Cleveland, OH 44139
    (440) 248-7906
    (440) 248-8861 – Fax
    Email:   jmclandrich@mrrlaw.com
            thannon@mrrlaw.com

    *Counsel for Defendants Brian McGivern, Chief Chuck Colucci, Officer Timothy Lamping, Sergeant Scott Weamer and City of Canfield*

## CERTIFICATE OF SERVICE

I hereby certify that on June 2, 2014, a copy of the foregoing Canfield Defendants' Witness List was filed electronically.  Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

*s/Tami Z. Hannon*
JOHN T. MCLANDRICH  (0021494)
TAMI Z. HANNON  (0079812)

*Counsel for Defendants Brian McGivern, Chief Chuck Colucci, Officer Timothy Lamping, Sergeant Scott Weamer and City of Canfield*

TRID-130105/Canfield Witness List