IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **B.R., et al.,** | CASE NO.: 4:13-cv-907 |
| Plaintiffs, | JUDGE: JOHN R. ADAMS |
| -vs- | |
| | **PRELIMINARY WITNESS LIST OF PLAINTIFFS** |
| **McGivern, et al.,** | |
| Defendants. | |

Now comes Plaintiffs, by and through undersigned counsel, and offers to this Court the following preliminary list of anticipated witnesses for a trial of this matter. The witnesses are not necessarily listed in the order in which they would be called to testify at trial.

Per the directives and orders of this Court, Plaintiffs reserve the right to supplement this list as additional witnesses become known.

1. Plaintiff Minor B.R.
2. Plaintiff Michael Rubesich
3. Plaintiff Renee Rubesich
4. Michael Rubesich, Jr.
5. Rosemary Raver
6. Jack Raver
7. Raelyn Raver
8. Deanna Fusillo
9. Daryle Nackino
10. Gary Kabesto

11. Jessica Kabesto

12. Ken Burton

13. Magistrate Richard White

14. Magistrate Karen Romano Melone

15. Sharon Fischer

16. Laura Lonardo

17. Michael N. Rubesich, Sr.

18. MaryLou Rubesich

19. Brian Rubesich

20. Johnny Rubesich

21. Sharon Fischer

22. Julie Rudolph

23. Kim Woods (a.k.a. Bernier)

24. Philip Murphy

25. Denise Stewart

26. Bob Davis

27. Attorney Robert Rohrbaugh

28. Attorney Dennis DiMartino

29. Joseph Ambrose, MD.

30. Joseph Marzano, PhD.

31. James D'Apolito, MD.

32. Donald Dailey

33. Richard Archer

34. Dante Zambrini

35. Val Weingart
36. Patrice Loree
37. Nick Ventura, Vestige Digital Investigations
38. Kim Beck, Ph.d.
39. Susan Burnett, L.S.W.
40. Plaintiffs' treating physicians and mental health care providers
41. Detective Brian McGivern
42. Officer Timothy Lamping
43. Assistant Chief Scott Weamer
44. Chief Charles Colucci
45. Major Jeffrey Allen
46. Anissa Modarelli
47. Officer Steven Kolenich
48. Office Steven Garstka
49. Officer Paul Lasky
50. Officer Mark Meshula
51. Ret. Chief David Blystone
52. Donald Slater
53. Joann Slater
54. Jade Mersing
55. Pete Mersing
56. Jennifer Young
57. David Young
58. Minor F.S.

59.     Minor C.M.

60.     Minor R.B.

61.     Minor E.R.

Plaintiff's Experts will be offered in accordance with the directives of this Court following the Status Conference scheduled for June 9, 2014.

Respectfully Submitted,

*/s/ Robert F. DiCello*  
**Robert F. DiCello Esq.,**  
THE DICELLO LAW FIRM  
Western Reserve Law Building  
7556 Mentor Avenue  
Mentor, Ohio 44060  
(440) 953-8888  
rfdicello@dicellolaw.com

*/s/Steven M. Goldberg, Esq.*  
**Steven M. Goldberg Esq.,**  
STEVEN M. GOLDBERG CO., LPA  
Solon Business Campus  
31300 Solon Rd., Suite 12  
Solon, Ohio 44139  
(440) 519-9900  
steven@smglegal.com

*/s/Michael Goldberg, Esq.*  
**J. Michael Goldberg Esq.,**  
STEVEN M. GOLDBERG CO., LPA  
Solon Business Campus  
31300 Solon Rd., Suite 12  
Solon, Ohio 44139  
(440) 519-9900  
JMGoldberg@smglegal.com  
*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 2, 2014, a copy of the foregoing Notice was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

*/s/ Robert F. DiCello*
**Robert F. DiCello**  (0072020)
The DiCello Law Firm
*Attorney for Plaintiffs*
