UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| B.R., (d.o.b. April 2002) by and through her father and next friend, MICHAEL RUBESICH, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>BRIAN McGIVERN, et al.,<br><br>Defendants. | CASE NO.: 4:13-CV-00907<br><br>JUDGE JOHN R. ADAMS<br><br>**EXHIBIT B TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT – HANDWRITTEN NOTE OF F.S.** |

Exhibit B is a handwritten note of F.S. This exhibit is being filed under seal in accordance with the Court's February 9, 2015 Order (ECF#180).

Respectfully submitted,

MAZANEC, RASKIN & RYDER CO., L.P.A.

*s/Tami Z. Hannon*
JOHN T. MCLANDRICH  (0021494)
TAMI Z. HANNON  (0079812)
100 Franklin's Row
34305 Solon Road
Cleveland, OH 44139
(440) 248-7906
(440) 248-8861 – Fax
Email:   jmclandrich@mrrlaw.com
             thannon@mrrlaw.com

*Counsel for Defendants Brian McGivern, Chief Chuck Colucci, Officer Timothy Lamping, Sergeant Scott Weamer and City of Canfield*

TRID-130105/Placeholder Ex B