UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| B.R., (d.o.b. April 2002) by and through her father and next friend, MICHAEL RUBESICH, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> BRIAN McGIVERN, et al., <br><br> Defendants. | CASE NO.: 4:13-CV-00907 <br><br> JUDGE JOHN R. ADAMS <br><br> **EXHIBIT C TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT - RECORDING OF INTERVIEWS** |

Exhibit C is a DVD recording of the interviews conducted with F.S., C.M., R.B. and B.R. on April 20, 2012. This exhibit is being filed under seal in accordance with the Court's February 9, 2015 Order (ECF#180).

Respectfully submitted,

MAZANEC, RASKIN & RYDER CO., L.P.A.

*s/Tami Z. Hannon*
JOHN T. MCLANDRICH  (0021494)
TAMI Z. HANNON  (0079812)
100 Franklin's Row
34305 Solon Road
Cleveland, OH 44139
(440) 248-7906
(440) 248-8861 – Fax
Email:   jmclandrich@mrrlaw.com
          thannon@mrrlaw.com

*Counsel for Defendants Brian McGivern, Chief Chuck Colucci, Officer Timothy Lamping, Sergeant Scott Weamer and City of Canfield*

TRID-130105/Placeholder Ex C