Motion granted. Final pretrial is hereby continued to a date to be determined by the Court.
/s/ John R. Adams
U.S. District Judge
2/18/15

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| B.R., (d.o.b. April 2002) by and through her father and next friend, MICHAEL RUBESICH, et al., | ) ) ) | CASE NO.: 4:13-CV-00907 |
| | ) | JUDGE JOHN R. ADAMS |
| Plaintiffs, | ) ) | **DEFENDANTS' MOTION TO CONTINUE** |
| vs. | ) ) | **FINAL PRETRIAL/MOTION TO EXCUSE PARTIES** |
| BRIAN McGIVERN, et al., | ) ) | |
| Defendants. | ) | |

Now come Defendants, Brian McGivern, Chief Chuck Colucci, Officer Timothy Lamping, Sergeant Scott Weamer and City of Canfield, by and through counsel, Mazanec, Raskin & Ryder Co., L.P.A., and hereby move the Court to continue the Final Pretrial set for February 20. In the alternative, Defendants request that the Court enter an Order excusing the parties from attending the Final Pretrial in person.

Due to issues surrounding liability expert discovery, the deadlines surrounding expert discovery and dispositive motion briefing were extended. Defendants filed a Motion for Summary Judgment on February 13. Plaintiffs will have until March 13 to file their Brief in Opposition. In light of these dates, the Court entered an Order on February 10 granting Defendants' Motion to Continue the March 2 trial. (Doc. 181) Given the continuance of the March 2 trial, it does not appear that a Final Pretrial at this time would be productive.